

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00823-CV

**RIVER SUB, LTD.** d/b/a Subway,
Appellant

v.

Maribel **LERMA**, Individually and as Representative of the Estate of Marisela Cadena,
Deceased; Antonio Lerma, Jr., Maricela Lerma and Marissa Lerma,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-15278
Honorable Marisa Flores, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE VALENZUELA, AND
JUSTICE ANGELINI (RET.)[1]

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are assessed against the appellant.

SIGNED June 12, 2024.

_____
Lori I. Valenzuela, Justice

---

[1] The Honorable Karen Angelini, Justice (Retired) of the Fourth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.